UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SHEREE ROSE CASTRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:20-CV-35-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 28]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 23], DENIES defendant's motion for judgment on the pleadings [D.E. 25], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on September 14, 2021, and Copies To:**
Derrick Kyle Arrowood                                  (via CM/ECF electronic notification)
Wanda D. Mason                                         (via CM/ECF electronic notification)

DATE:                                                  PETER A. MOORE, JR., CLERK
September 14, 2021                                     (By) /s/ Nicole Sellers
                                                       Deputy Clerk