IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00035-D

| | |
|---|---|
| SHEREE ROSE CASTRO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | DEFENDANT'S ORDER TO |
| ) | MOTION |
| ) | FOR 42 U.S.C. § 406(b) FEES |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $17,695.77. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff's counsel will reimburse Plaintiff the amount in fees he previously received under the Equal Access Justice Act, 28 U.S.C. § 2412 in the amount of $5,695.25.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $17,695.77.

SO ORDERED, This \_\_11\_\_ day of January, 2023.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE